Rosemary T. McGuire, Esq.   Bar No. 172549
Brande L. Gustafson, Esq.   Bar No. 267130

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, FRESNO POLICE DEPARTMENT, JERRY DYER, ALFONSO CASTILLO, and JOSHUA BOWLING

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ARRES, individually and as personal representative of ESTATE OF LONNIE GRAHAM, the ESTATE OF LONNIE GRAHAM, BENICIA FUENTES as Guardian ad Litem of minors, L.G. and J.G., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF FRESNO; FRESNO POLICE DEPARTMENT; JERRY DYER, in his official capacity as CHIEF OF POLICE for the CITY OF FRESNO; ALFONSO CASTILLO individually and in his official capacity as police officer for the FRESNO POLICE DEPARTMENT; JOSHUA BOWLING individually and in his official capacity of a police officer for the FRESNO POLICE DEPARTMENT, and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO. 1:10-CV-001628-LJO-SMS <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND MOTION TO STRIKE** <br><br> **[Fed. R. Civ. P. 12(b)(6) and 12(f)]** <br><br> DATE: December 29, 2010 <br> TIME:  8:30 a.m. <br> CTRM: Four <br><br> The Honorable Lawrence J. O'Neill <br><br> Complaint Filed: 09/09/10 <br> Trial Date: TBA |

TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 29, 2010, at 8:30 a.m., or as soon thereafter as the matter can be heard in Courtroom Four of the above-entitled court, located at 2500 Tulare Street, Fresno, California, defendants CITY OF FRESNO, a public entity, FRESNO POLICE DEPARTMENT, a department of the City of Fresno, a public entity, JERRY DYER, ALFONSO CASTILLO, and STEPHEN TAYLOR, employees of the City of Fresno, a public entity ("Defendants"), will, and hereby

do, move this court pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 12(b)(6), for an order dismissing plaintiff's complaint.

Specifically, defendants move for dismissal on the following grounds:

1. The redundant Defendants should be dismissed;
2. Only Decedent's Personal Representative or Successor-In-Interest can maintain a Fourth Amendment Claim;
3. Plaintiffs failed to allege sufficient facts to support a claim for violation of Decedent's constitutional rights based on deprivation of urgently needed medical attention;
4. Plaintiffs have failed to allege sufficient facts to support a claim for conspiracy;
5. The complaint does not contain facts supporting Defendant Dyer's individual liability;
6. Plaintiffs' state law claims are barred by the statute of limitations;
7. The City of Fresno cannot be held directly liable for negligence;
8. There are insufficient facts alleged to support a claim of negligence against Chief Dyer;
9. There are insufficient facts alleged to support claims for a violation of Civil Code §§ 52.1 and 51.7;
10. There are insufficient facts alleged to support a claim for intentional infliction of emotional distress; and
11. There are insufficient facts alleged to support a claim for assault and battery.

Additionally, Defendants' Motion to Strike is based on the following:

1. A public entity is not liable for punitive damages;
2. The claims for Fourth, Fifth and Fourteenth Amendment violations asserted in the Fourth cause of action are redundant and impertinent and should be stricken;
3. Plaintiffs' First Amendment claim should be stricken as there were no facts alleged to support such a claim; and,
4. Plaintiffs' claim for damages for Decedent's pain and suffering is not authorized and should be stricken.

This motion is based on this notice of motion and motion, the attached memorandum of points and authorities, the request for judicial notice, the declaration of Kerry Trost, and on the records and files

of this matter, and on such oral and documentary evidence as may be presented at the hearing of this motion.

DATED: November 29, 2010

          WEAKLEY, ARENDT & McGUIRE, LLP

      By: /s/ Rosemary T. McGuire
         Rosemary T. McGuire
         Brande L. Gustafson
         Attorneys for Defendants
         CITY OF FRESNO, FRESNO POLICE DEPARTMENT, JERRY DYER, ALFONSO CASTILLO, and JOSHUA BOWLING