Rosemary T. McGuire, Esq.   Bar No. 172549
Brande L. Gustafson, Esq.   Bar No. 267130

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, FRESNO POLICE DEPARTMENT, JERRY DYER, ALFONSO CASTILLO, and JOSHUA BOWLING

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ARRES, individually and as personal representative of ESTATE OF LONNIE GRAHAM, the ESTATE OF LONNIE GRAHAM, BENICIA FUENTES as Guardian ad Litem of minors, L.G. and J.G.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF FRESNO; FRESNO POLICE DEPARTMENT; JERRY DYER, in his official capacity as CHIEF OF POLICE for the CITY OF FRESNO; ALFONSO CASTILLO individually and in his official capacity as police officer for the FRESNO POLICE DEPARTMENT; JOSHUA BOWLING individually and in his official capacity of a police officer for the FRESNO POLICE DEPARTMENT, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 1:10-CV-001628-LJO-SMS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO STRIKE**<br><br>**[Fed. R. Civ. P. 12(b)(6) and 12(f); Fed. R. Evid. 201(b)]**<br><br>DATE:  December 29, 2010<br>TIME:  8:30 a.m.<br>CTRM:  Four<br>The Honorable Lawrence J. O'Neill<br><br>Complaint Filed:09/09/10 |

Defendants, CITY OF FRESNO, a public entity, FRESNO POLICE DEPARTMENT, a department of the City of Fresno, a public entity, JERRY DYER, ALFONSO CASTILLO, and STEPHEN TAYLOR, employees of the City of Fresno, a public entity ("Defendants"), hereby submit the following Request for Judicial Notice in support of their motion to dismiss Plaintiffs' complaint.

Under the Federal Rules of Evidence, a court may take judicial notice of a fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial

court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Fed. R. Evid. 201(b)*.

As such, Defendants respectfully request that the court take judicial notice of Plaintiff Estate of Lonnie Graham's claim for damages arising out of the subject incident, dated October 2, 2009 (Exhibit "A" to the Declaration of Kerry Trost); Defendant CITY OF FRESNO's Notice of Insufficiency of Claim, dated October 19, 2009 (Exhibit "B" to the Declaration of Kerry Trost); Plaintiff Estate of Lonnie Graham's Amended Claim for damages arising out of the subject incident, dated November 5, 2009 (Exhibit "C" to the Declaration of Kerry Trost); and Defendant CITY OF FRESNO's Notice of Rejection of Plaintiffs' claim for damages, dated January 26, 2010 (Exhibit "D" to the Declaration of Kerry Trost).

DATED: November 29, 2010

                                  WEAKLEY, ARENDT & McGUIRE, LLP

                        By:   /s/ Rosemary T. McGuire
                                Rosemary T. McGuire
                                Brande L. Gustafson
                                Attorneys for Defendants
                                CITY OF FRESNO, FRESNO POLICE
                                DEPARTMENT, JERRY DYER, ALFONSO
                                CASTILLO, and JOSHUA BOWLING