1   Rosemary T. McGuire, Esq.   Bar No. 172549
    Brande L. Gustafson, Esq.    Bar No. 267130
2
    WEAKLEY, ARENDT & McGUIRE, LLP
3       1630 East Shaw Avenue, Suite 176
          Fresno, California  93710
4         Telephone: (559) 221-5256
          Facsimile: (559) 221-5262
5
    Attorneys for Defendants, CITY OF FRESNO, FRESNO POLICE DEPARTMENT,
6   JERRY DYER, ALFONSO CASTILLO, and JOSHUA BOWLING

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TERESA ARRES, individually and as            )   CASE NO. 1:10-CV-001628-LJO-SMS
    personal representative of ESTATE OF          )
    LONNIE GRAHAM, the ESTATE OF              )
12  LONNIE GRAHAM, BENICIA FUENTES            )   DECLARATION OF KERRY TROST IN
    as Guardian ad Litem of minors, L.G. and      )   SUPPORT OF DEFENDANTS' MOTION TO
13  J.G.,                                                      )   DISMISS PLAINTIFFS' COMPLAINT AND
                                                                 )   MOTION TO STRIKE
14                  Plaintiffs,                              )
                                                                 )   [Fed. R. Civ. P. 12(b)(6) and 12(f)]
15                  vs.                                      )
                                                                 )   Date:  December 29, 2010
16  THE CITY OF FRESNO; FRESNO POLICE )       Time:  8:30 a.m.
    DEPARTMENT;  JERRY  DYER,  in  his )       Ctrm:  Four
17  official capacity as CHIEF OF POLICE for the )
    CITY OF FRESNO; ALFONSO CASTILLO )          The Honorable Lawrence J. O'Neill
18  individually  and  in  his  official  capacity  as )
    police  officer  for  the  FRESNO  POLICE )
19  DEPARTMENT;    JOSHUA    BOWLING )
    individually and in his official capacity of a )
20  police  officer  for  the  FRESNO  POLICE )
    DEPARTMENT, and DOES 1-50, inclusive,  )
21                                                               )
                    Defendants.                           )
22  _____ )

23          I, Kerry Trost, declare as follows:

24          1.        I am currently employed as a Senior Risk Analyst with the City of Fresno, a defendant

25  in this action. I have personal knowledge of the matters set forth herein and would so testify.

26          2.        This declaration is made in support of Defendants' motion to dismiss Plaintiffs'

27  complaint and motion to strike.

28          3.        I am familiar with the procedures for presenting claims for damages to the City of Fresno.

Attached as Exhibit "A" is a true and correct copy of the Tort Claim submitted to the City of Fresno by the Estate of Lonnie Graham and received on October 2, 2009. Attached as Exhibit "B" is a true and correct copy of the Notice of Insufficiency of Claim was mailed to Mario DiSalvo, counsel for the Estate of Lonnie Graham, on October 19, 2009.  Attached as Exhibit "C" is a true and correct copy of the Amended Tort Claim submitted to the City of Fresno by the Estate of Lonnie Graham and received on November 5, 2009.  Attached as Exhibit "D" is a true and correct copy of the notice of rejection mailed to Mario DiSalvo, counsel for the Estate of Lonnie Graham, on January 26, 2010.

     4.     I have searched the City of Fresno records, including any filed claims for damages, in relation to this lawsuit.  I did not locate any claims for damages filed by, or on behalf of, Teresa Arres or Benecia Fuentes as Guardian ad Litem of minors, L.G. and J.G., related to the incident that is the subject of this litigation.

     I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 29, 2010, at Fresno, California.

/s/ Kerry Trost
KERRY TROST

# Exhibit A

# FRESNO

## WALK IN   CLAIM FOR DAMAGES

NOTE: A claim relating to a cause of action for death or for injury to person or to personal property or grown crops shall be presented not later than six (6) months after the accrual of the cause of action. A claim relating to any other cause of action shall be presented not later than one (1) year after the accrual of the cause of action. (Refer to California Government Code Section 911.2)

INSTRUCTIONS: Deliver or mail the completed claim form to City of Fresno, Risk Management, 2600 Fresno Street, Room 1070, Fresno, CA 93721-3612. Retain the pink copy for your records. Sign and date all attachments to the claim form.

2009 OCT -2  PM 3: 36

OFFICIAL USE ONLY

| Name of Claimant (Injured or Damaged Party)  Estate of Lonnie Graham | | Birthdate of Claimant  04/21/81 |
| Home Address of Claimant  4320 E. Clay Ave. | City/State/Zip Code  Fresno, Ca. 93702 | Home Telephone Number  (559) 824-0398 |
| Business Address of Claimant | City/State/Zip Code | Business Telephone Number |
| Social Security Number of Claimant  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 | | CA Drivers License Number |
| Name of Person to whom any Notices concerning Claim should be sent (If different from above)  Mario DiSalvo, Esq. | | Relationship to Claimant  Attorney |
| Address of Person to whom any Notices concerning Claim should be sent (If different from above)  1332 E. Olive Avenue, Fresno, Ca. 93728 | | Telephone Number  (559) 442-1552 |
| When did Injury, Damage or Loss occur?  (Date and Time)  Death | | Police Report Number  09-77275 |

Where did Injury, Damage or Loss occur? (Location Name, Street Address, Intersecting Streets, etc.)

1300 block of North Calavaras Street, Fresno, Ca.

How did Injury, Damage or Loss occur?  (Provide full details - Use separate sheets, if necessary)

Fresno Police officers shot and killed decedent, who was unarmed.

What did City or City Employee(s) do to cause the Injury, Damage or Loss?  What are the name(s) of City Employee(s) who caused the Injury, Damage or Loss (If known)?

Fresno Police Officers shot and killed an unarmed person.  Officers' names are unknown at this time.

Describe the Injury, Damage or Loss claimed.  (Provide full details - Attach any medical records and use separate sheets, if necessary.)

Death.  Fresno County Coroner's report is unavailable as well as Fresno Police report is still pending.

What is the amount of Injury, Damage or Loss claimed, including the estimated amount of any future Injury, Damage or Loss. (Itemize and attach medical bills, property damage estimates, etc.-Use separate sheets, if necessary).  If the amount claimed exceeds $10,000.00, no dollar amount shall be included.  However, you shall indicate whether the claim would be a limited civil case. (Refer to California Government Code Section 910[f])

Seeking unspecified damages

Name, Address & Telephone Number of Witness(es), Doctor(s) and/or Hospital(s).  (Use separate sheets, if necessary).

Any and all witnesses are contained in Fresno Police Department report # 09-77275 and Coroner's report.

| Signature of Claimant or Person acting on Claimant's behalf | Date  October 2, 2009 |

PRESENTATION OF A FALSE OR FRAUDULENT CLAIM IS A FELONY (Refer to California Penal Code Section 72)

SF3164  (05/06)

# Exhibit B

City of

 **FRESNO**

Personnel Services Department

Risk Management • (559) 621-6900 • FAX (559) 264-4215
2600 Fresno Street, Room 1070 • Fresno, California 93721-3612
www.fresno.gov

October 19, 2009

Mario DiSalvo
Attorney at Law
1332 E. Olive Ave.
Fresno, CA 93728

Re:    NOTICE OF INSUFFICIENCY OF CLAIM

|  |  |  |
|---|---|---|
| CLAIMANT/YOUR CLIENT | : | Estate of Lonnie Graham |
| LOCATION OF LOSS | : | 1300 Block of North Calaveras Street |
| CITY FILE NUMBER | : | RM2009027928 |

Dear Mr. DiSalvo:

Your Claim for Damages against the City of Fresno was received by the City of Fresno on 10/2/2009. The claim is insufficient in that it fails to meet the requirements of California Government Code Section 910 or 910.2, which states that "A claim shall be presented by the claimant or by a person on his behalf and shall show all of the following..." Your claim failed to meet the following reasons:

The **date**, place and other circumstances of the occurrence or transaction which gave rise to the claim asserted.

The amount claimed if it totals less than ten thousand dollars ($10,000) as of the date of presentation of the claim, including the estimated amount of any prospective injury, damage, or loss, insofar as it may be known at the time of the presentation of the claim, together with the basis of computation of the amount claimed. If the amount claimed exceeds ten thousand dollars ($10,000), no dollar amount shall be included in the claim. However, it shall indicate whether the claim would be a limited civil case.

As provided in California Government Code Section 910.6, 910.8 and 911.2, you may amend the claim to conform to California Government Code and such claim must be received by the City of Fresno within six (6) months of the incident which gives rise to the claim. Failure to amend the claim within the time period, or within 15 days of this notice, whichever is later, will result in its rejection as being insufficient.

Very truly yours,

Kerry Trost
Senior Risk Analyst

KT/lmh

PROOF OF SERVICE
CCP §§ 1011, 1012, 1013, 1013a, 2015.5

I, the undersigned, hereby certify that I am employed in the County of Fresno, State of California; I am over the age of 18; and I am not a party to this claim. My business address is City of Fresno, 2600 Fresno Street, Room 1070, Fresno, CA 93721-3612.

On October 19, 2009, I served the document described as Notice of Insufficiency of Claim by placing the original document in a sealed envelope addressed as follows:

Mario DiSalvo
Attorney at Law
1332 E. Olive Ave.
Fresno, CA 93728

I am readily familiar with the City of Fresno's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with United States Postal Service on that same day with postage thereon fully prepaid at Fresno, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 19, 2009 at Fresno, California.

Lisa Henslee, Senior Secretary
Risk Management Division

# Exhibit C

WALK IN 

 City of
**FRESNO**

## CLAIM FOR DAMAGES

NOTE: A claim relating to a cause of action for death or for injury to person or to personal property or grown crops shall be presented not later than six (6) months after the accrual of the cause of action. A claim relating to any other cause of action shall be presented not later than one (1) year after the accrual of the cause of action. (Refer to California Government Code Section 911.2)

2009 NO:   3  PM 1:44

INSTRUCTIONS: Deliver or mail the completed claim form to City of Fresno, Risk Management, 2600 Fresno Street, Room 1070, Fresno, CA 93721-3612. Retain the pink copy for your records. Sign and date all attachments to the claim form.

**OFFICIAL USE ONLY**

| Name of Claimant (Injured or Damaged Party) | | Birthdate of Claimant |
|---|---|---|
| Estate of Lonnie Graham | | 04/21/81 |

| Home Address of Claimant | City/State/Zip Code | Home Telephone Number |
|---|---|---|
| 4320 East Clay Avenue | | (559)824-0398 |

| Business Address of Claimant | City/State/Zip Code | Business Telephone Number |
|---|---|---|
| | | |

| Social Security Number of Claimant | CA Drivers License Number |
|---|---|
| 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 | |

| Name of Person to whom any Notices concerning Claim should be sent (If different from above) | Relationship to Claimant |
|---|---|
| Mario DiSalvo, Esq | Attorney |

| Address of Person to whom any Notices concerning Claim should be sent (If different from above) | Telephone Number |
|---|---|
| 1332 E. Olive, Fresno, CA 93728 | (559)442-1552 |

| When did Injury, Damage or Loss occur?  (Date and Time) | Police Report Number |
|---|---|
| On September 23, 2009, Officers Bowling and Casares shot and killed Lonnie Graham. | |

Where did Injury, Damage or Loss occur? (Location Name, Street Address, Intersecting Streets, etc.)

1300 block of North Calavaras Street, Fresno, CA 93728

How did Injury, Damage or Loss occur?  (Provide full details - Use separate sheets, if necessary)

On 9/23/09 Officers Josh Bowling and Alphonso Castillo shot and killed Lonnie Graham who was unarmed at the time.

As the invistigation is still on going, it is not clear of all the details of the injury, however a police report #09-77275 is ava

What did City or City Employee(s) do to cause the Injury, Damage or Loss?  What are the name(s) of City Employee(s) who caused the Injury, Damage or Loss (If known)?

Fresno Police Department, Officers Josh Bowling and Alphonso Castillo, their supervisors and comanders.

Describe the Injury, Damage or Loss claimed.  (Provide full details - Attach any medical records and use separate sheets, if necessary.)

Death. Fresno County Coroner's report is unavalible as well as Fresno Police incident report is unavalible at this time.

What is the amount of Injury, Damage or Loss claimed, including the estimated amount of any future Injury, Damage or Loss. (Itemize and attach medical bills, property damage estimates, etc.-Use separate sheets, if necessary).  If the amount claimed exceeds $10,000.00, no dollar amount shall be included.  However, you shall indicate whether the claim would be a limited civil case. (Refer to California Government Code Section 910[f])

At this point this damages are unspecified but it is anticiapated that they will be in excess of $10,000.

The claim will be an unlimited civil case.

Name, Address & Telephone Number of Witness(es), Doctor(s) and/or Hospital(s). (Use separate sheets, if necessary).

Any and all witnesses are contained in Fresno Police Department report #09-77275 and Coroner's Report

| Signature of Claimant or Person acting on Claimant's behalf | Date |
|---|---|
| | November 5, 2009 |

PRESENTATION OF A FALSE OR FRAUDULENT CLAIM IS A FELONY (Refer to California Penal Code Section 72)          SF3164  (05/06)

# Exhibit D

City of

**FRESN** 

Personnel Services Department

Risk Management • (559) 621-6900 • FAX (559) 264-4215
2600 Fresno Street, Room 1070 • Fresno, California 93721-3612
www.fresno.gov

January 26, 2010


Mario DeSalvo
Attorney at Law
1332 E. Olive Ave.
Fresno, CA 93728


Re:    NOTICE OF REJECTION OF CLAIM

|  |  |  |
|---|---|---|
| CLAIMANT | : | Estate of Lonnie Graham |
| DATE OF LOSS | : | 9/23/2009 |
| LOCATION OF LOSS | : | 1300 Block of North Calaveras Street |
| CITY FILE NUMBER | : | RM2009027928 |

Dear Mr. DiSalvo:

Notice is hereby given that the claim you presented to the City of Fresno on 10/2/2009 and amended on 11/5/2009 was rejected by operation of law on 11/16/2009.

<u>WARNING</u>

You have, subject to certain exceptions, only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.  See California Government Code § 945.6.  **NOTE:**  This six (6) month filing period applies only to State Court actions.  If your action is based upon Federal Law and/or you intend to file in Federal Court, a shorter or longer period within which to file the action may apply.

You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

Very truly yours,

Kerry Frost
Senior Risk Analyst

KT/jey

PROOF OF SERVICE
CCP §§ 1011, 1012, 1013, 1013a, 2015.5

I, the undersigned, hereby certify that I am employed in the County of Fresno, State of California; I am over the age of 18; and I am not a party to this claim. My business address is City of Fresno, 2600 Fresno Street, Room 1070, Fresno, CA  93721-3612.

On January 26, 2010, I served the document described as Notice of Rejection of Claim by placing the original document in a sealed envelope addressed as follows:

Mario DeSalvo
Attorney at Law
1332 E. Olive Ave.
Fresno, CA  93728

I am readily familiar with the City of Fresno's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with United States Postal Service on that same day with postage thereon fully prepaid at Fresno, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 26, 2010 at Fresno, California.

Janet Yarbrough, Secretary
Risk Management Division