IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ARRES, et al., | CASE NO. CV F 10-1628 LJO SMS |
| Plaintiff, | **ORDER ON BRIEFING SCHEDULE** |
| vs. | (Doc. 14.) |
| CITY OF FRESNO, et al, | |
| Defendants. / | |

The parties have filed papers to extend the December 29, 2010 hearing on defendants' motion to dismiss. Based on the parties' stipulation and pursuant to this Court's practice, this Court:

1. VACATES the December 29, 2010 hearing on defendants' motion to dismiss;
2. ORDERS plaintiffs, no later than January 17, 2011, to file and serve papers to oppose defendants' motion to dismiss;
3. ORDERS defendants, no later than January 24, 2011, to file and serve reply papers; and
4. SETS no hearing on defendants' motion to dismiss.

This Court will consider defendants' motion to dismiss on the record without oral argument, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   December 3, 2010**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1