James D. Weakley, Esq.       Bar No. 082853
Brande L. Gustafson, Esq.    Bar No. 267130

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, JERRY DYER, ALFONSO CASTILLO, and JOSHUA BOWLING

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENICIA FUENTES as Guardian ad Litem of minors, L.G. and J.G. as successors in interest to Decedent,<br><br>  Plaintiffs,<br><br>vs.<br><br>THE CITY OF FRESNO; JERRY DYER, in his individual capacity as CHIEF OF POLICE for the CITY OF FRESNO; ALFONSO CASTILLO in his individual capacity; JOSHUA BOWLING in his individual capacity; and DOES 1-50, inclusive,<br><br>  Defendants. | CASE NO. 1:10-CV-001628-LJO-SMS<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Local Rule 144(a)<br><br>Old Date:       March 22, 2011<br><br>NEW DATE: MAY 9, 2011<br>Time: 9:30 a.m.<br>Ctrm:  Seven (SMS)<br><br>The Honorable Magistrate Sandra M. Snyder<br><br>Complaint Filed: 09/09/10<br>Trial Date: TBA |

   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and ordered by this Court that, the Scheduling Conference currently set to be held on March 22, 2011 at 9:15 a.m. in Courtroom Seven before the Honorable Magistrate Judge Sandra M. Snyder; will be continued to May 9, 2011 at 9:30 a.m.  It is further stipulated the Joint Scheduling Report due to the Court by March 15, 2011, will now be due on or before May 2, 2011.

   This continuance was requested by Defendants because James D. Weakley is unable to attend the Scheduling Conference, as he has multiple depositions scheduled that day, which cannot be rescheduled due to a discovery deadline of March 31, 2011.  Plaintiffs have agreed to this continuance.

**IT IS SO STIPULATED.**

DATED: March 8, 2011                    WEAKLEY & ARENDT, LLP

                                        By:    /s/ Brande L. Gustafson
                                               James D. Weakley
                                               Brande L. Gustafson
                                               Attorneys for Defendants

DATED: March 8, 2011                    LAW OFFICES OF YAN E. SHRAYBERMAN

                                        By:    /s/ Yan E. Shrayberman
                                               Yan E. Shrayberman
                                               Attorney for Plaintiffs

### **ORDER**

The Court hereby GRANTS the parties' stipulation to continue the Scheduling Conference currently set to be held on March 22, 2011 at 9:15 a.m. in Courtroom Seven before the Honorable Magistrate Judge Sandra M. Snyder. The hearing shall now be held on May 9, 2011 at 9:30 a.m. before Judge Snyder.

The parties' Joint Scheduling Report shall be due on or before May 2, 2011.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:   March 10, 2011**               /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to
Continue Scheduling Conference            2