IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENICIA FUENTES as Guardian ad Litem of minors, L.G. and J.G. as successors in interest to Decedent,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE CITY OF FRESNO; JERRY DYER, in his individual capacity as CHIEF OF POLICE for the CITY OF FRESNO; ALFONSO CASTILLO in his individual capacity; JOSHUA BOWLING in his individual capacity, et al.,<br><br>　　　　　Defendants. | 1:10-cv-01628-LJO-SMS<br><br>**ORDER TO CONFORM CASE CAPTION** |

　　　This matter came on regularly for a scheduling conference on May 9, 2011 at 9:30 a.m. before the Honorable Sandra M. Snyder, United States Magistrate Judge.  Yan Shrayberman, Esq., appeared on behalf of plaintiffs.  James D. Weakley, Esq., and Brande L. Gustafson, Esq., of Weakley & Arendt, LLP, appeared on behalf of defendants.

//

1

On February 11, 2011, plaintiffs filed a first amended complaint (Doc. 22), changing the caption from <u>Teresa Arres, et al., v. The City of Fresno, et al.</u>, to <u>Benicia Fuentes, et al., v. The City of Fresno, et al.</u>  Therefore, pursuant to defendants' request, set forth in the Joint Scheduling Report (Doc. 29, pg. 3, No. 2, lines 12-13), as well as the parties' verbal stipulation thereto at the scheduling conference on May 9, 2011,

**IT IS HEREBY ORDERED** that all future pleadings and/or correspondence hereinafter reflect the changed and correct caption of **<u>Benicia Fuentes, et al., v. The City of Fresno, et al</u>**.

IT IS SO ORDERED.

**Dated:   May 10, 2011**                              /s/ Sandra M. Snyder
                                                                        UNITED STATES MAGISTRATE JUDGE