# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENICIA FUENTES as Guardian ad Litem of minors, L.G. and J.G. as successors in interest to Decedent,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF FRESNO, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 1:10-cv-01628-LJO-SMS<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>Date: December 21, 2011<br>Time: 10:00 a.m.<br>Courtroom 1 |

At the November 16, 2011 hearing on their second motion to withdraw as counsel, attorneys Yan Shrayberman and Mario DiSalvo, counsel for Plaintiff Benicia Fuentes, Guardian ad Litem of minors, L.G. and J.G., represented that, as a result of their inability to locate Fuentes, they are unable to proceed in their representation of the minor Plaintiffs. Because permitting Shrayberman and DiSalvo to withdraw would impermissibly leave the minor Plaintiffs without legal representation, the Court was constrained to deny the withdrawal motion. Nonetheless, the Court acknowledges counsels' representations that because of their inability to locate Fuentes, they are unable to prosecute this case.

///

///

1   Accordingly, this Court HEREBY ORDERS that counsel appear at a hearing set for
2  10:00 a.m., December 21, 2011, before the Honorable Sandra M. Snyder, United States
3  Magistrate Judge prepared to show cause why this case should not be dismissed without
4  prejudice for failure to prosecute.

8  IT IS SO ORDERED.

9  **Dated:   November 16, 2011**            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE