# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENICIA FUENTES, et al., | CASE NO. 1:10-cv-01628-LJO-SMS |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT COMPLAINT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | (Doc. 50) |

On December 21, 2011, the Court conducted a hearing on its order requiring Plaintiff to show cause why the complaint in this matter should not be dismissed for failure to prosecute. Plaintiff's attorney Yan Shrayberman appeared on behalf of himself and attorney Mario DiSalvo; Brande Lynn Gustafson appeared for Defendants. Plaintiff Benicia Fuentes did not personally appear.

On December 30, 2011, the Magistrate Judge filed Findings and Recommendations recommending that the case be dismissed for failure to prosecute. The Findings and Recommendations provided fourteen days for the filing of objections. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case. The record is clear that despite the repeated and exhaustive efforts of Plaintiff's counsel to locate Ms. Fuentes, her whereabouts are presently unknown.

///

1  Having carefully reviewed the entire file, the Court finds the Findings and
2 Recommendations to be supported by the record and proper analysis.  IT IS HEREBY
3 ORDERED that the Findings and Recommendations, filed December 30, 2011, are adopted in
4 full.  This case is hereby dismissed without prejudice for failure to prosecute.  The Clerk of Court
5 is directed to close this action.

7 IT IS SO ORDERED.

8 **Dated:   January 17, 2012**                             /s/ Lawrence J. O'Neill
                                                                                        UNITED STATES DISTRICT JUDGE