# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BENICIA FUENTES, et al.,                           CASE NO. 1:10-cv-01628-LJO-SMS

             Plaintiff,

      v.                                            AMENDED JUDGMENT IN A CIVIL CASE

CITY OF FRESNO, et al.,

             Defendants.

_____/


 **XX** – **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED


**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/18/2012**


                                 **Victoria C. Minor**
                                 Clerk of Court


ENTERED:  January 20, 2012


                by: /s/ M. Verduzco
                    Deputy Clerk


-1-